# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Billy Maurice Simmons**                                   **Docket No. 4:97-CR-39-1BO**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Billy Maurice Simmons, who, upon an earlier plea of guilty to Conspiracy to Convert Postal Money Orders to One's Own Use, in violation of 18 U.S.C. § 371, was sentenced by the Honorable James C. Fox, U.S. District Judge, on September 29, 1998, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Billy Maurice Simmons was released from custody on September 18, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the time of sentencing it was ordered that the defendant submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment. Mr. Simmons is now 64 years old and in poor health. He resides in Jacksonville, North Carolina, where he is the primary care taker for his father, who suffers from dementia. It does not appear that he is able to work and as such, it is respectfully recommended that this condition be stricken.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the supervised release condition regarding weekly employment searches be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                        I declare under penalty of perjury that the foregoing
                                                             is true and correct.


/s/ Robert L. Thornton                                       /s/ Kristyn Super
Robert L. Thornton                                           Kristyn Super
Supervising U.S. Probation Officer                           U.S. Probation Officer
                                                             200 Williamsburg Pkwy, Unit 2
                                                             Jacksonville, NC 28546-6762
                                                             Phone: 910-346-5104
                                                             Executed On: May 3, 2018

## ORDER OF THE COURT

Considered and ordered this ____3____ day of _May_____, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge